# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

JOYCE CARRICO, on behalf of herself and
all others similarly situated,

CASE NO.: 1:22-cv-08678-JMF-OTW

               Plaintiff,

v.

LOVEBUG NUTRITION, INC.,

               Defendant.

---------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JOYCE CARRICO

and Defendant, LOVEBUG NUTRITION, INC., by and through undersigned counsel, hereby

stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall

bear its own costs, expenses, and attorneys' fees.

DATED: **May 10, 2023**

**NEMATZADEH PLLC**

By: _____
   Justin S. Nematzadeh, Esq.
   101 Avenue of the Americas, Ste. 909
   New York, NY 10013
   Ph: (646) 799-6729
   *Attorneys for Plaintiff*
   jsn@nematlawyers.com

**LAW OFFICES OF NOLAN KLEIN**

By: _____
   Nolan Klein, Esq.
   5550 Glades Road, Ste. 500
   Boca Raton, FL 33431
   Ph: (954) 745-0588
   *Attorneys for Defendant*
   klein@nklegal.com

SO ORDERED.

May 11, 2023